No. 76–5107. COLLIER v. UNITED STATES. C. A., 3d Cir. Certiorari denied.

No. 76–5112. REYES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5113. HAILEY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 76–5115. RAINES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5120. BENNETT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–5121. HERRON v. UNITED STATES; and
No. 76–5124. TOBIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5126. GRAHAM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5138. KARNES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–5142. BARRERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5158. DANIEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5161. ZATKO v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 76–5163. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5169. NORMAN v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.